**1116**

committee report in *Pierce,* Justice Scalia emphasized that it spoke at most for but one committee of but one house of Congress. That is significantly distinguishable from the instant situation in which a majority of the full membership of both houses of Congress voted to enact a full-fledged statute in which the Secretary's interpretation of "the same as" in § 466(d) was expressly rejected.

We continue to adhere to our affirmance of the district court's summary judgment.

REAVLEY, Circuit Judge, dissents.

Before POLITZ, Chief Judge, and KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, BARKSDALE, E. GARZA, and DeMOSS, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.

**MISSISSIPPI POULTRY ASSOCIATION, INC., et al., Plaintiffs–Appellees,**

v.

**Edward R. MADIGAN, Secretary of the United States Department of Agriculture, et al., Defendants–Appellants.**

No. 92–7420.

United States Court of Appeals, Fifth Circuit.

Dec. 3, 1993.

Michael Jay Singer, Asst. Dir., Mark W. Pennak, Barbara C. Biddle, U.S. Dept. of Justice, Civ. Div., Appellate Staff, Washington DC, for defendants-appellants.

William J. Cole, III, Hubbard T. Saunders, IV, Crosthwait, Terney, Noble & Allain, Jackson, MS, William A. Bradford, Jr., Gary Jay Kushner, Hogan & Hartson, Washington DC, for plaintiffs-appellees.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Larry Dale PENNINGTON, Defendant–Appellant.**

No. 93–7074.

United States Court of Appeals, Fifth Circuit.

Dec. 8, 1993.

